**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, CANDICE BROWN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CANDICE BROWN, et al.,<br><br>Defendant. | CASE NO. CR-F- 05-000391 OWW<br><br>**STIPULATION TO CONTINUE NEXT COURT HEARING; ORDER** |

**IT IS HEREBY STIPULATED** by and between the parties and their attorneys, Stanley A. Boone, counsel for the Government, and Joan Jacobs Levie, counsel for defendant CANDICE BROWN, that the next court hearing currently scheduled for May 1, 2006 at 9:00 a.m. be continued until May 9, 2006 at 10:00 a.m. before the Hon. Oliver W. Wanger, United States District Court presiding.  The parties are actively engaged in plea negotiations in this matter and it is anticipated that the defendant will enter a change of plea on the new hearing date.

DATED:      May 1, 2006

                                            By:      Joan Jacobs Levie
                                                   JOAN JACOBS LEVIE
                                                   Attorney for Defendant
                                                   CANDICE BROWN

DATED:      May 1, 2006

                                            **By:**   Stanley A. Boone
                                                 STANLEY A. BOONE
                                                 Assistant U.S. Attorney

PDF created with pdfFactory trial version www.pdffactory.com

\* \* \* \* \*

## **ORDER**

IT IS HEREBY ORDERED that the next court hearing will be continued in accordance with the above stipulation of counsel.  The defendant is ordered to return to court for further proceedings on May 9, 2006 at 10:00 a.m.

DATED: ___April 28, 2006

> By: __/s/ OLIVER W. WANGER_
> OLIVER W. WANGER
> United States District Court

-2-

PDF created with pdfFactory trial version www.pdffactory.com