**JOAN JACOBS LEVIE, #179787**
**LAW OFFICES OF JOAN JACOBS LEVIE**
2014 TULARE STREET, SUITE 528
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 498-8155
FACSIMILE:  (559) 498-8165

Attorney for Defendant, CANDICE BROWN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CANDICE BROWN, et al., ) <br> ) <br> Defendant. ) | CASE NO. CR-F- 05-000391 OWW <br><br> **STIPULATION TO CONTINUE NEXT COURT HEARING; ORDER** |

IT IS HEREBY STIPULATED by and between the parties and their attorneys, Stanley A. Boone, counsel for the Government, and Joan Jacobs Levie, counsel for defendant CANDICE BROWN, that the next court hearing currently scheduled for May 9, 2006 at 10:00 a.m. be continued until May 22, 2006 at 10:00 a.m. before the Hon. Oliver W. Wanger, United States District Court presiding.

The parties are actively engaged in plea negotiations in this matter and it is anticipated that the defendant will enter a change of plea on the new hearing date.

//

//

//

//

*The parties agree to exclude time for the continuance on the status conference pursuant to 18 U.S.C. § 3161(h)(1).*

**DATED:**     **May 8, 2006**

By:     Joan Jacobs Levie

JOAN JACOBS LEVIE

Attorney for Defendant

CANDICE BROWN

**DATED:**     **May 8, 2006**

By:     Stanley A. Boone
*STANLEY A. BOONE*
*Assistant U.S. Attorney*

\* \* \* \* \*

## ORDER

IT IS HEREBY ORDERED that the next court hearing will be continued in accordance with the above stipulation of counsel.  The defendant is ordered to return to court for further proceedings on May 22, 2006 at 10:00 a.m.

DATED: _5/5/06

By: _/s/Oliver W. Wanger
OLIVER W. WANGER
*United States District Court*