PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | **Docket Number: 1:05CR00391-06 OWW** |
| ) | |
| **CANDICE BROWN** ) | |
| ) | |

On October 10, 2006, the above-named was placed on Probation for a period of 3 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that She be discharged from supervision.

Respectfully submitted,

/s/ Thomas A. Burgess

**Thomas A. Burgess
Supervising United States Probation Officer**

Dated:   May 5, 2008
         Bakersfield, California

Rev. 05/2006
EARLY TERMINATION ~ ORDER (PROB35).MRG

**Re:   CANDICE BROWN**
   **Docket Number:   1:05CR00391-06 OWW**
   **ORDER TERMINATING PROBATION**
   **PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

IT IS SO ORDERED.

**Dated:   May 7, 2008**                              **/s/ Oliver W. Wanger**
                                                                  UNITED STATES DISTRICT JUDGE